**STATE of Missouri, Respondent,**

v.

**Audra McCLEOD, Appellant.**

**No. WD 49689.**

Missouri Court of Appeals,
Western District.

Sept. 5, 1995.

Jarrett A. Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

***ORDER***

PER CURIAM:

Appeal from conviction of sale of a controlled substance, section 195.211, RSMo 1994, and from sentence of five years' imprisonment.

Judgment affirmed. Rule 30.25(b).